JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOS ANGELES CITY PLAZA LP, <u>et</u> <u>al.</u>, | Case No. CV 25-6064 FMO (SSCx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, <u>et</u> <u>al.</u>, | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 13th day of March, 2026.

/s/
Fernando M. Olguin
United States District Judge